**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7571

HOWARD HINES,

            Plaintiff - Appellant,

      v.

STATE OF MARYLAND,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:10-cv-01260-PJM)

Submitted:  February 24, 2011        Decided:  March 3, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howard Hines, Appellant Pro Se.  Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Hines appeals the district court's order dismissing his complaint seeking injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hines v. Maryland</u>, No. 8:10-cv-01260-PJM (D. Md. filed Oct. 27, 2010 & entered Oct. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>